IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD M. ZUBKE,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                               Case No. 13-cv-884-wmc

MICHAEL T. FITZPATRICK,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction.

| /s/ | 4/4/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |